UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                              18-cr-459 (PKC)

-against-

                                                              <u>ORDER</u>

JULIO RODRIGUEZ,

                    Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        A teleconference in this matter will be held on Monday, April 27, 2020 at 2:00pm. The call-in information for this teleconference is:

        <u>Dial-in:</u>      (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                                                       P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
           April 14, 2020