# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

April 14, 2020

*[Handwritten annotation: April 27 conference VACATED without prejudice. SO ORDERED. /s/ [signature] USDJ 4-15-20]*

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Julio Rodriguez*
18 Cr. 459 (PKC)

Dear Judge Castel:

    I write to thank the Court for its prompt response to today's filing on behalf of Julio Rodriguez. [Dkt. 43, 44]. The Court has scheduled a teleconference for April 27, 2020 [Dkt. 44], the same day Mr. Rodriguez is scheduled for release from BOP custody, a date when relief will no longer be necessary. Should the MDC act swiftly and deny the March 26th application to Warden Edge, I request that the Court advance the teleconference for the earliest date and time convenient to the Court.

    Your consideration is greatly appreciated.

Very truly yours,
*Bobbi C. Sternheim*
BOBBI C. STERNHEIM

cc: Government counsel